# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| FREDERICK HERROD, | § | |
| BOP No. 15525-010 | § | |
| | § | CIVIL ACTION NO. 3:25-CV-0831-S-BN |
| v. | § | |
| | § | |
| PAMELA JOE BONDI, et al. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that the Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties and their counsel.

**SO ORDERED.**

SIGNED May 2, 2025.

_____
**UNITED STATES DISTRICT JUDGE**