# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| FREDERICK HERROD, <br> BOP No. 15525-010 <br><br> v. <br><br> PAMELA JOE BONDI, et al. | § <br> § <br> §   CIVIL ACTION NO. 3:25-CV-0831-S-BN <br> § <br> § <br> § <br> § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Therefore, the Court **DENIES** Plaintiff's Motion to Amend [ECF Nos. 14, 15] as futile.

**SO ORDERED.**

SIGNED July 2, 2025.

_____
UNITED STATES DISTRICT JUDGE